UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., | Case No. 15-cv-05007-RS |
| Plaintiff, | |
| v. | **CASE MANAGEMENT SCHEDULING ORDER** |
| APPLE INC., | |
| Defendant. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on February 11, 2016.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.      DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

2.      SCHEDULE.

The following schedule shall apply to this case:

- Joint Claim Construction and Prehearing Statement          March 17, 2016
- Updated Claim Construction Brief          March 31, 2016

United States District Court
Northern District of California

1     •   Deadline to Submit Technical Tutorials        April 7, 2016

2     •   Claim Construction Hearing        June 8, 2016 at 10:00 a.m.

3

4   **IT IS SO ORDERED**.

5

6   Dated: February 11, 2016

7                               _____

8                               RICHARD SEEBORG
                              United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

CASE MANAGEMENT SCHEDULING ORDER
CASE No. 15-cv-05007-RS