UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., <br><br>   Plaintiff, <br><br>   v. <br><br> APPLE INC., <br><br>   Defendant. | Case No. 15-cv-05007-RS <br><br> **ORDER VACATING HEARING AND REQUESTING FURTHER BRIEFING RE PLAINTIFF'S MOTION FOR A STAY** |

   Plaintiff moves to stay this litigation with respect to four of the five patents in suit, in light of recently-instituted *inter partes* review ("IPR") proceedings before the U.S. Patent and Trademark Office. In response, defendant Apple, Inc. notes that it ordinarily advocates staying litigation pending the resolution of parallel IPR proceedings.  Apple opposes the requested stay here, however, on grounds that it would not serve judicial efficiency and would result in prejudice to proceed with litigation of one of the five patents in suit, while staying the balance of the action. Although Apple suggests that the stay motion be denied outright, it does not argue that a stay of the entire action would raise similar efficiency and prejudice concerns, or would otherwise be improper.

   Apple's contentions regarding the inadvisability of a partial stay appear to have merit. Accordingly, no later than June 10, 2016, plaintiff shall file a supplemental brief, not to exceed five pages, setting out whether it is amenable to a stay of the entire action, and, if not, any reasons it believes such a stay should not be imposed.  The motion for a stay will then be submitted

1  without oral argument.  The hearing previously set for June 8, 2016 is vacated.

2

3  **IT IS SO ORDERED**.

4

5  Dated:  June 6, 2016

6  _____
7  RICHARD SEEBORG
   United States District Judge